PETER MINORE *v.* JOSE FERNANDEZ ET AL.
(AC 34334)

Beach, Sheldon and Mihalakos, Js.

Argued December 3—officially released December 18, 2012

Per Curiam. The judgment is affirmed.

ROBERT L. ALEXANDER *v.* NANCY LOU TYSON,
ADMINISTRATRIX (ESTATE OF
ALBERT A. ALEXANDER)
(AC 34280)

Gruendel, Lavine and Schaller, Js.

Submitted on briefs November 29—officially released December 18, 2012

Per Curiam. The judgment is affirmed.

JIMM FORD *v.* CARLENE FORD
(AC 34225)

Alvord, Bear and Espinosa, Js.

Submitted on briefs November 30—officially released December 18, 2012

Per Curiam. The judgment is affirmed.